IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*Reliable Pharmacy et al. v. Actavis Holdco U.S., Inc. et al.* | Civil Action No.<br>19-cv-6044<br>ORAL ARGUMENT REQUESTED |

**PURCHASING DEFENDANTS' JOINT MOTION TO DISMISS THE
INDIRECT RESELLER PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the attached Memoranda of Law, AmerisourceBergen Drug Corp., H.D. Smith, LLP, Cardinal Health, Inc., The Harvard Drug Group, McKesson Corp., Morris & Dickson Co., LLC, Red Oak Sourcing, LLC, and Walgreens Boots Alliance, Inc. (collectively, "Purchasing Defendants"), by and through their undersigned counsel, hereby respectfully move to dismiss all claims against each Purchasing Defendant in Plaintiffs' Amended Class Action Complaint (ECF No. 61) in the above-referenced action. Pursuant to Rule 7.1(f) of the Local Rules of Civil Procedure, Purchasing Defendants request oral argument on their Motion to Dismiss.

Dated: July 15, 2020

                                                    Respectfully submitted,

                                                   By: */s/ Michelle A. Mantine*
                                                          On Behalf of Purchasing Defendants

| | |
|---|---|
| *Counsel for AmerisourceBergen Drug Corp. and H.D. Smith, LLC*<br><br>*/s/ Michelle A. Mantine*<br>*(PA Bar # 203102)*<br>Michelle A. Mantine<br>Christopher R. Brennan<br>Courtney B. Averbach<br>Danielle L. Stewart<br>**REED SMITH LLP**<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>412-288-4268/4583<br>mmantine@reedsmith.com<br>cbrennan@reedsmith.com<br>caverbach@reedsmith.com<br>dstewart@reedsmith.com | *Counsel for McKesson Corporation*<br><br>*/s/ Abram J. Ellis (w/consent)*<br>*(D.C. Bar # 497634)*<br>Abram J. Ellis<br>Sara Y. Razi<br>Joshua G. Hazan<br>**SIMPSON THACHER & BARTLETT LLP**<br>900 G. Street NW<br>Washington, DC 20001<br>202-636-5579<br>aellis@stblaw.com<br>sara.razi@stblaw.com<br>joshua.hazan@stblaw.com |
| *Counsel for Cardinal Health, Inc. and The Harvard Drug Group, LLC*<br><br>*/s/ Jason C. Murray (w/consent)*<br>*(CA Bar # 169806)*<br>Jason C. Murray<br>Robert B. McNary<br>Jordan Ludwig<br>**CROWELL & MORING LLP**<br>515 South Flower St. 40th Floor<br>Los Angeles, CA 90071<br>213-443-5590<br>jmurray@crowell.com<br>rmcnary@crowell.com<br>jludwig@crowell.com | *Counsel for Walgreens Boots Alliance, Inc.*<br><br>*/s/ Carl Lawrence Malm (w/consent)*<br>*(D.C. Bar # 1004489)*<br>Brian Byrne<br>Steven J. Kaiser<br>Carl Lawrence Malm<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>2112 Pennsylvania Avenue NW, Suite 1000<br>Washington, DC 20037<br>202-974-1500<br>bbyrne@cgsh.com<br>skaiser@cgsh.com<br>lmalm@cgsh.com |
| *Counsel for Red Oak Sourcing, LLC*<br><br>*/s/ John F. Zabriskie (w/consent)*<br>*(IL Bar # 6187887)*<br>John F. Zabriskie<br>Benjamin R. Dryden<br>**FOLEY & LARDNER LLP**<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654-4762<br>312-832-5199<br>jzabriskie@foley.com<br>bdryden@foley.com | *Counsel for Morris & Dickson Co., LLC*<br><br>*/s/ Barry Barnett (w/consent)*<br>*(TX Bar # 01778700)*<br>Barry Barnett<br>Thomas W. Paterson<br>Drew Hansen<br>**SUSMAN GODFREY LLP**<br>8115 Preston Road, Suite 575<br>Dallas, Texas 75225<br>866-754-1900<br>bbarnett@susmangodfrey.com<br>tpaterson@susmangodfrey.com<br>dhansen@susmangodfrey.com |