IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | HON. CYNTHIA M. RUFE<br><br>Individual Action No. 19-6044 |

# ORDER

**AND NOW**, this 25th day of May 2022, upon consideration of Distributor Defendants' Motion to Dismiss [Doc. No. 72 in Civil Action No. 19-6044], and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The claims asserted against AmerisourceBergen Drug Corp. ("ABDC"), H.D. Smith, LLC, Cardinal Health, Inc., The Harvard Drug Group, LLC, McKesson Corp., Morris & Dickson Co., LLC, Red Oak Sourcing, LLC, Walgreens Boots Alliance, Inc., and Walgreens Boots Alliance Development GmbH ("WBAD") are **DISMISSED without prejudice**. Plaintiffs are granted leave to file an amended complaint no later than **June 24, 2022**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**